1144

No. 97–8796. DAVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8797. GARCIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8798. DUNCAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8807. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8808. LANGLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8814. JENKINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–8815. WALLACE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–8825. MARIN-CASTANEDA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8826. LUGMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8827. CLAIBORNE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8831. FUENTES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8832. GUTIERREZ-ALBA, AKA CARDONA-ELIAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8833. FAJEMIROKUN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8835. HARPER v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–8838. CARTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–8844. ALBERTO MUNOZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.